This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DISCOVER BANK,**

Plaintiff-Appellant,

v.                                    No. 32,257

**JONATHAN N. McGEE,**

Defendant-Appellee,

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Travis J. White
Albuquerque, NM

for Appellant

Jonathan N. McGee
Albuquerque, NM

Pro Se Appellee

## MEMORANDUM OPINION

**FRY, Judge.**

Plaintiff is appealing from a district court order denying its motion for reconsideration of a judgment dismissing its civil complaint with prejudice. We

issued a calendar notice proposing to dismiss. Plaintiff has responded with a timely memorandum in opposition. Not persuaded, we dismiss the appeal.

As we observed in our calendar notice, Plaintiff is appealing from a district court order denying its motion for reconsideration of a judgment dismissing its complaint with prejudice. The order denying the motion for reconsideration was filed on June 12, 2012. [RP 116] Pursuant to Rule 12-201(D) NMRA, Plaintiff had thirty days from that date to file its notice of appeal. Our calendar notice proposed to dismiss because Plaintiff filed its notice of appeal in the district court on July 13, 2012, one day late. [RP 118]

In its memorandum in opposition, Plaintiff asserts that it timely filed its notice of appeal on July 12, 2012. However, that file date is taken from the copy served on this Court. As noted, the district court's file stamp reads July 13, 2012. [RP 118] *See* Rule 12-202(A) NMRA (stating that the notice of appeal should be filed with the district court clerk). As such, Plaintiff has not complied with a mandatory precondition to the exercise of our appellate jurisdiction to consider the merits of the appeal. *See Govich v. North Am. Sys., Inc.*, 112 N.M. 226, 230, 814 P.2d 94, 98 (1991) (compliance with notice of appeal time and place requirements are mandatory preconditions to exercise of appellate jurisdiction). Accordingly, we dismiss the appeal.

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**J. MILES HANISEE, Judge**